UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 3 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                             )<br>              Plaintiff,                       )<br>v.                                                       )<br>                                                             )<br>LUIS MIGUEL ORRUTIA-RODRIGUES, )<br>                                                             )<br>              Defendant.                    )<br>                                                             )<br>_____) | Case No.  CR S-09-0380-11 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct  you to release **Luis Miguel Orrutia-Rodrigues** Case CR S-09-0380-11  WBS  from custody for the following reasons:

    \_\_     Release on Personal Recognizance

    \_\_     Bail Posted in the Sum of _____

    \_\_     Unsecured bond

    \_\_     Appearance Bond with 10% Deposit

    \_\_     Appearance Bond secured by Real Property

    \_\_     Corporate Surety Bail Bond

    **X**     (Other)   **Defendant sentenced to a period of TIME SERVED.**

Issued at  Sacramento, CA  on  October 31, 2011    at  _11 a.m._ .

By _William B. Shubb_
William B. Shubb,
United States District Judge

[Clerk's certification stamp: I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office. ATTEST: VICTORIA C. MINOR, Clerk, U.S. District Court, Eastern District of California, OCT 31 2011, By _____ Deputy Clerk]

Orig & Copy: USM
Copy to Docketing ✓